

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 19, 2013**

_____
**United States Bankruptcy Judge**

_____

MOD1 0013.000276

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| IN RE: | CASE NO: 12-70127-HDH-13 |
| CHRISTIE DAWN GOODWIN | DATED: July 18, 2013 |
| | ATTORNEY: MONTE J WHITE |
| | HEARING DATE: 7/17/2013 @ 10:00 AM |

**ORDER APPROVING FIRST MODIFIED PLAN AND LIMITING NOTICE**

On this day came on for consideration the "Modification of Plan After Confirmation and Order Limiting Notice" dated 6/19/2013. The Court finds that notice was and is appropriate under the circumstances, and that the Modification should be APPROVED.

**IT IS THEREFORE ORDERED** that the Modified Plan dated 6/19/2013 be and the same is hereby APPROVED, as stated below:

Debtor's payment is decreased to $315.00.00 beginning July.  Case term is shortended to 48 months
for a new base of $16,300.00.
Debtor attorney is allowed $400.00 for this modification, to be paid through the plan.
The home is surrendered to Wells Fargo for full satisfaction of debt.  The property taxes are
surrendered to Wichita County for full satisfaction of debt.  The payment to JPMorgan Chase for the
2006 Chevy Cobalt is changed to $114.87.  The IRS claim filed 6/12/2013 amends the previously filed
claim from 4/11/2012.  The priority amount of $502.00 shall be paid with a payment of $14.76.

**IT IS FURTHER ORDERED** that 25 days written Notice to the Debtor(s), Attorney for Debtor(s), the Chapter 13 Trustee, and all creditors adversely affected by such modification and opportunity for hearing, is appropriate under the circumstances.

# # #  End of Order # # #

  /s/  Walter O'Cheskey
_____
Walter O'Cheskey,Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424